# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:05CV291

| | |
|---|---|
| EDWARD SANSONE,<br>    Plaintiff,<br><br>vs.<br><br>STEVENS VAN LINES, INC.,<br>    Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Verified Motion for Admission *Pro Hac Vice*" (Document No. 8), filed July 15, 2005. Upon careful review and consideration, and noting that Lawrence J. Roberts has already paid the admission fee to the Clerk of Court, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Verified Motion for Admission *Pro Hac Vice*" (Document No. 8) is **GRANTED**.

**Signed: July 22, 2005**

_____
David C. Keesler
United States Magistrate Judge