IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05 CV 291

EDWARD SANSONE,

    Plaintiff,

v.

STEVENS VAN LINES INC.,

    Defendant.

**ORDER**

    **THIS MATTER IS** before the Court upon Defendant Stevens Van Lines, Inc.'s Motion to Dismiss, (file doc. 2), filed on June 29, 2005. Plaintiff Edward Sansone responded to this Motion to Dismiss by filing a Motion to Amend Complaint on July 15, 2005. The Court granted this Motion on August 2, 2005. Accordingly, the issue presented in Defendant's Motion to Dismiss became moot when Plaintiff amended his Complaint to assert a federal statutory cause of action.

    **IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss be **DENIED** as moot.

**Signed: November 3, 2005**

*[signature: Graham C. Mullen]*

Graham C. Mullen
Chief United States District Judge